**Joseph Weldon SMITH, Petitioner–Appellant,**

v.

**E.K. McDANIEL, Warden, Respondent–Appellee.**

**No. 08–99004.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 5, 2010.

Filed Oct. 12, 2010.

Gerald Bierbaum, Esquire, Assistant Federal Public Defender, Gary Taylor, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Petitioner–Appellant.

Joseph Weldon Smith, Ely, NV, pro se.

Jamie J. Resch, Esquire, Deputy Attorney General, Office of the Nevada Attorney General, Las Vegas, NV, for Respondent–Appellee.

Before: KLEINFELD and GRABER, Circuit Judges, and MOLLOY, District Judge.*

### ORDER **

Under *Thompson v. Frank*, 599 F.3d 1088, 1090 (9th Cir.2010) (per curiam), we lack appellate jurisdiction to review the

---

* The Honorable Donald W. Molloy, United States District Judge for the District of Montana, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

district court's stay-and-abeyance order. Accordingly, the appeal is DISMISSED.

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.